IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-40-M-DWM-4 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRA LEIGH CONNER MATNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 12, 2008. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Matney's guilty plea after Matney appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered her plea of guilty to the charge of conspiracy to destroy or damage property of an energy facility in violation of 18 U.S.C. § 371 and 18 U.S.C. § 1366(b).

I find no clear error in Judge Lynch's Findings and Recommendation (dkt # 64) and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Matney's motion to change plea (dkt # 42) is GRANTED.

DATED this 5th day of September, 2008.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT